UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:14-cv-62935-WPD

DASSCHINKA STORANI,

       Plaintiff,
v.

ARNSTEIN & LEHR LLP,

       Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER COUNTS I, II, III, AND IV OF PLAINTIFF'S AMENDED COMPLAINT**

      Defendant, Arnstein & Lehr LLP ("Defendant"), through its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Local Rules for the Southern District of Florida, hereby files this unopposed motion for extension of time to answer Counts I, II, III, and IV of Plaintiff's Amended Complaint. As grounds for this motion, Defendant states as follows:

      1.    On April 21, 2015, undersigned counsel was served with a copy of the Plaintiff's Amended Complaint. Defendant's response to the Amended Complaint is due to be served on or before May 5, 2015.

      2.    Defendant has filed a Motion to Dismiss Count V for failure to state a cause of action under Fed. R. Civ. P. 12(b)(6).

      3.    Pursuant to Fed. R. Civ. P. 12(a)(4), the filing of a motion under Fed. R. Civ. P. 12

alters the time for serving a responsive pleading such that it must be served within 14 days after notice of the court's action on the motion. Therefore, in the ordinary course, no separate extension of time would be necessary. This is true even where the defendant files a partial motion to dismiss. *See Beaulieu v. Board of Trustees of University of West Florida*, 2007 WL 2020161 (N.D. Fla.)

4.   However, since there is at least one minority view case from another jurisdiction that has failed to apply Fed. R. Civ. P. 12(a)(4) to partial motions to dismiss, Defendant is filing this motion for extension of time in accordance with a recommended practice to avoid uncertainty in the interpretation of the Rule. See 59-Dec. Fed Law 25.

5.   Finding Fed. R. Civ. P. 12(a)(4) applicable to partial motions to dismiss is not only the better interpretation of the language of the rule, and supported by the greater weight of precedent but also serves the policy of judicial economy by avoiding "piecemeal" and duplicative answers. *See Brocksopp Engineering, Inc. v. Bach-Simpson, Ltd.*, 136 F.R.D. 485, 486-87 (E.D. Wis. 1991)

6.   Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure states, in pertinent part: "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires …." The reason for the motion, as stated above, sets forth good cause for the extension of time requested, and it is being made before the originally prescribed period expires.  The intent of this motion is not for purposes of delay, and granting it will not prejudice any party.

Wherefore, Defendant requests that the court grant an extension of time to answer Counts I, II, III and IV until within 14 days after notice of the Court's action on Defendant's Motion to Dismiss Count V.

### CERTIFICATE OF COMPLIANCE WITH
### LOCAL RULE 7.1  (PRE-FILING CONFERENCE)

Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that he has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion.  Counsel for Plaintiff does not oppose the relief sought in the instant motion.

By: */s/*Thomas A. Groendyke
Thomas A. Groendyke
Florida Bar No: 180849
DOUBERLEY, MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, FL 33323
Main (954) 838-8832 / Fax (954) 838-8842
Primary E-mail:          tgroendyke@dmc-atty.com
Secondary E-mail:     eservice@dmc-atty.com
                                   acali@dmc-atty.com
Attorneys for Defendant, Arnstein & Lehr LLP

**CERTIFICATE OF SERVICE**

I certify that on April 30, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/*Thomas A. Groendyke
Thomas A. Groendyke
Florida Bar No: 180849

## SERVICE LIST

DASSCHINKA STORANI V. ARNSTEIN & LEHR LLP
Case No. 0:14-cv-62935-WPD
United States District Court
Southern District of Florida
Fort Lauderdale Division

Angelena M. Root, Esq.
ANGELENA M. ROOT, P.A.
1931 Cordova Rd., #303
Fort Lauderdale, FL 33316
E-mail: amrootesq@gmail.com
Attorneys for Plaintiff, Dasschinka Storani